IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BUILDERS FLOORING CONNECTION, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:11cv373-MHT (WO) |
| BROWN CHAMBLESS ARCHITECTS, LLC; et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (Doc. No. 169) is granted and that defendant PH&J Architects, Inc. and the claims against it are dismissed with prejudice with the parties to bear their own costs.  Defendant PH&J Architects, Inc. is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 16th day of January, 2014.**

                                        /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**