```
        THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


BUILDERS FLOORING            )
CONNECTION, LLC,             )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      2:11cv373-MHT
                             )         (WO)
BROWN CHAMBLESS ARCHITECTS,  )
LLC; et al.,                 )
                             )
    Defendants.              )
```

## JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 216), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Marvin P. Hughey is dismissed with prejudice and terminated as a party, with costs taxed as paid.  All claims against all other defendants remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 18th day of July, 2014.**

                     **/s/ Myron H. Thompson**
               **UNITED STATES DISTRICT JUDGE**