IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BUILDERS FLOORING CONNECTION, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:11cv373-MHT (WO) |
| GOODWYN, MILLS & CAWOOD, INC, et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the stipulation of dismissal (doc. no. 285), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Wanda C. Blake, now known as Wanda Cleveland, is dismissed with prejudice and terminated as a party, with costs taxed as paid. All claims against all other defendants remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 21st day of January, 2015.**

                         <u>/s/ Myron H. Thompson</u>
                         **UNITED STATES DISTRICT JUDGE**